# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NIDEC MOTOR CORPORATION,**
                              *Appellant*

**v.**
                              **Appeal No. 16-2321**

**ZHONGSHAN BROAD OCEAN MOTOR CO. LTD., BROAD OCEAN MOTOR LLC, BROAD OCEAN TECHNOLOGIES LLC,**
                              *Appellees*

## NOTICE OF INTERVENTION
## BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

      The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that she hereby exercises the right under 35 U.S.C. § 143 to intervene in this appeal from the decision of the Patent Trial and Appeal Board in an *inter partes* review. 35 U.S.C. § 143.

      The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

November 9, 2016                    Respectfully submitted,


                                              /s/ Frances M. Lynch
                                              NATHAN K. KELLEY
                                              Solicitor

                                              SCOTT C. WEIDENFELLER
                                              Senior Counsel for Patent Law and Litigation

                                              FRANCES M. LYNCH
                                              Associate Solicitor
                                              U.S. Patent and Trademark Office
                                              Mail Stop 8
                                              P.O. Box 1450
                                              Alexandria, Virginia 22313-1450

                                              *Attorneys for the Director of the U.S. Patent and Trademark Office*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, the foregoing NOTICE OF INTERVENTION BY THE UNITED STATES PATENT AND TRADEMARK OFFICE was electronically filed using the Court's CM/ECF filing system. Counsel for the parties was electronically served via e-mail per Fed. Cir. R. 25(e).

/s/ Frances M. Lynch
Frances M. Lynch
Associate Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA 22313-1450