# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2016-2321

### NIDEC MOTOR CORPORATION

v.

### ZHONGSHAN BROAD OCEAN MOTOR CO. LTD., BROAD OCEAN MOTOR LLC, BROAD OCEAN TECHNOLOGIES LLC

### DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office ("Director") is an Intervenor in this appeal. Pursuant to Fed. Cir. R. 26, the Director requests that the time for filing the Director's brief, now due on December 19, 2016, be extended twenty-four (24) days until January 12, 2017. This is the first extension of time requested by the Director.

Counsel for the Director requests this extension due to the heavy workload of the Solicitor's Office, in addition to holiday vacation schedules affecting preparation and review of the brief. In addition, Biotechnology Innovation Organization has filed an amicus brief in support of Nidec. Appellant's counsel, Scott Brown, and Appellees' counsel, Steven Meyer, have stated that Appellant and Appellees do not oppose this motion.

This motion is accompanied by a declaration pursuant to Fed. Cir. R. 26(b)(5).

| | |
|---|---|
| December 12, 2016 | Respectfully submitted, |
| | /s/ Frances M. Lynch<br>Nathan K. Kelley<br>Solicitor |
| | Scott C. Weidenfeller<br>Senior Counsel for Patent Law and Litigation |
| | Frances M. Lynch<br>Associate Solicitor |
| | Office of the Solicitor<br>U.S. Patent and Trademark Office<br>Mail Stop 8<br>P.O. Box 1450<br>Alexandria, Virginia  22313<br>(571) 272-9035 |
| | *Attorneys for the Director of the*<br>*United States Patent and Trademark Office* |

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2016-2321

NIDEC MOTOR CORPORATION
v.
ZHONGSHAN BROAD OCEAN MOTOR CO. LTD.,
BROAD OCEAN MOTOR LLC,
BROAD OCEAN TECHNOLOGIES LLC

**DECLARATION IN SUPPORT OF DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF**

I, Frances M. Lynch, hereby declare:

1. I have been assigned to be the primary attorney on this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(5) and in support of the Director's motion for a 24-day extension of time for filing the Director's brief.

3. I believe good cause exists for the extension. Due to the heavy workload in the Solicitor's Office, I need additional time to prepare the Director's brief. Further time is also needed for the preparation and review of the brief in light of holiday vacation schedules. In addition, Biotechnology Innovation Organization has filed an amicus brief in support of Nidec.

4. Counsel for Appellant, Scott Brown, and counsel for Appellees, Steven Meyer, have stated that Appellant and Appellees do not oppose the Director's motion to seek a 24-day extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2016      /s/ Frances M. Lynch
                                    Frances M. Lynch
                                    Associate Solicitor

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, the foregoing DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF was electronically filed using the Court's CM/ECF filing system. Counsel of record was electronically served via e-mail through the electronic filing system per Fed. Cir. R. 25(e).

/s/ Frances M. Lynch
Frances M. Lynch
Associate Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA  22313
(571) 272-9035